# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

BREYDAN MEADE,

  Plaintiff,

vs.

NANCY A. BERRYHILL,
COMMISSIONER OF SOCIAL
SECURITY,

  Defendant.

       : Case No. 3:17-cv-159
       :
       : District Judge Walter H. Rice
       : Magistrate Judge Sharon L. Ovington
       :
       :
       :
       :
       :
       :

---

## DECISION AND ENTRY

---

   This social security case is presently before the Court on the parties' Joint Motion

for Remand for Further Proceedings. (Doc. #9). The parties agree that this matter should

be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

   Upon remand, the Appeals Council will vacate all findings in the Administrative

Law Judge's decision. The Commissioner will conduct further proceedings, offer

Plaintiff a supplemental hearing and develop the administrative record as necessary to

determine whether Plaintiff is disabled within the meaning of the Social Security Act, and

then issue a new decision. As part of said proceedings, the opinion evidence of record

will be reweighed.

### IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion for Remand for Further Proceedings (Doc. #9) is
**ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' motion; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 12.21.17

Walter H. Rice
United States District Judge